UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER QUALITY & ELECTRICAL SYSTEMS, INC.; RAJINDER K. SINGH; AND TEJINDAR P. SINGH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BP WEST COAST PRODUCTS LLC,<br><br>    Defendant. | Case No.: 16-CV-04791 YGR<br><br>CASE MANAGEMENT AND PRETRIAL ORDER; ORDER DENYING STIPULATION TO EXTEND MEDIATION DATE AS MOOT (DKT. NO. 38) |

The Court hereby sets the following trial and pretrial dates:

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 7, 2017, at 2:00 p.m. |
| PRIVATE MEDIATION TO BE COMPLETED BY: | May 31, 2017 |
| | Compliance hearing set for: **March 3, 2017, at 9:01 a.m.** |
| | Parties to file joint statement identifying mediator by: **February 24, 2017** |
| | **The parties' Stipulation to Extend Mediation Deadline (Dkt. No. 38) is DENIED AS MOOT in light of this Order.** |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | No amendment without Court approval. |
| NON-EXPERT DISCOVERY CUTOFF: | July 24, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: July 31, 2017<br>Rebuttal: August 14, 2017 |
| EXPERT DISCOVERY CUTOFF: | September 4, 2017 |
| DISPOSITIVE MOTIONS AND *DAUBERT* MOTIONS[1] TO BE FILED BY: | October 2, 2017 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, January 5, 2018, at 9:01 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 19, 2018 |
| PRETRIAL CONFERENCE: | Friday, February 2, 2018, at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 12, 2018, at 8:30 a.m. for five day jury trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, January 5, 2018, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by **February 24, 2017**, by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, March 3, 2017, on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 2, 2017

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT