WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION
Lukas J. Clary (Bar No. 251519)
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611
LClary@weintraub.com

GREENSFELDER, HEMKER & GALE, P.C.
David J. Simmons (Mo. Bar NO. 53801) (*pro hac vice*)
Daniel R. Garner (Mo. Bar NO. 60677) (*pro hac vice*)
10 South Broadway, Ste. 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Facsimile: (314) 345-5465
ds@greensfelder.com
drg@greensfelder.com

Attorneys for Defendant
BP West Coast Products LLC

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Power Quality & Electrical Systems, Inc., a California corporation; Rajinder K. Singh, an individual; Tejindar P. Singh, an individual,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>BP WEST COAST PRODUCTS LLC, a Washington limited liability company<br><br>        Defendant/Counterclaim Plaintiff. | Case NO.: 4:16-cv-04791-YGR<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>---<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

This matter comes to the Court on Defendant/Counterclaim Plaintiff BP West Coast Products LLC ("BPWCP")'s Motion for Summary Judgment. (Dkt. No. 54.) The Court has entered summary judgment in BPWCP's favor on all of Plaintiffs/Counterclaim Defendants' Power Quality and Electrical Systems, Inc.'s ("PQES"), Tejindar Singh's, and Rajinder Singh's (collectively "Plaintiffs/Counterclaim Defendants") remaining claims, and dismissed Counts I, II, IV, VI, VII, and X of BPWCP's Counterclaims (all brought in the alternative only) as untimely pursuant to the statute of limitations. (Dkt. No. 71.) The Court has also entered summary judgment in BPWCP's favor as to liability on Counts III, V, VII, and IX of its Counterclaims. (Dkt. No. 81.)

In response to the Court's order (Dkt. No. 83), BPWCP filed a submission seeking to establish the admissibility of its evidence in support of its claimed damages on Counts III, V, VII, and IX of its Counterclaims. (Dkt. No. 84.) Plaintiffs/Counterclaim Defendants filed a response that disputed the underlying ruling on the motion for summary judgment but acknowledged that BPWCP's evidence of its damages on Counts III, V, VII, and IX of its Counterclaims is admissible for the purpose of assessing the amount of damages to be included in a final judgment. (Dkt. No. 85).

In response, the Court entered an order directing BPWCP to file a form of judgment whereby the Court may enter its final judgment in the case. (Dkt. No. 86.) Having been so advised and having reviewed the record including evidence of damages, the Court hereby enters final judgment in the case as follows:

1. The Court dismisses all claims in Plaintiffs/Counterclaim Defendants' Second Amended Complaint *with prejudice* for the reasons described in the Court's previous orders (Dkt. Nos. 36, 71.);

2. The Court dismisses Counts I, II, IV, VI, VII, and X of BPWCP's Counterclaims *with prejudice* for the reasons described in the Court's previous order (Dkt. No. 71.);

3. The Court grants final judgment in BPWCP's favor and against Plaintiffs/Counterclaim Defendants Rajinder K. Singh and Tejindar P. Singh

as to liability on Counts III, V, VII, and IX of its Counterclaims for the reasons described in its previous order (Dkt. No. 81.);

4. The Court grants final judgment in BPWCP's favor and against Plaintiffs/Counterclaim Defendants Rajinder K. Singh and Tejindar P. Singh as to damages on Counts III, V, VII, and IX of its Counterclaims in the amount of $1,982,774, exclusive of BPWCP's attorneys' fees and costs;

5. Having been advised that the parties have met and conferred regarding an award of attorneys' fees and costs to BPWCP and that they believe they need additional time to reach an agreement regarding any award of attorneys' fees and costs, the Court orders the Parties to continue their ongoing meet and confer regarding attorneys' fees and costs. The parties shall jointly file a notice with the Court on or before March 9, 2018 identifying whether they have reached such a stipulation. If the parties have reached a stipulation, they will prepare for the Court an amended final judgment, which will include the attorney's fees and costs for the Court to sign. If the parties have not reached a stipulation as to the amount of attorneys' fees by March 9, 2018, then the Court orders the following:

   a. The parties shall comply with Local Rule 54-1-54-4 with respect to any Bill of Costs BPWCP may file;
   b. BPWCP shall file a motion for attorneys' fees and costs by April 9, 2018;
   c. Plaintiffs/Counterclaim Defendants shall file any opposition to BPWCP's Motion within 14 days after the filing of BPWCP's Motion;
   d. BPWCP shall file any reply within 7 days of Plaintiffs/Counterclaim Defendants' Opposition; and
   e. The Court shall thereafter enter an order addressing BPWCP's Motion.

3

IT IS SO **ORDERED.**

DATED: February 22, 2018    By: _____
Honorable Judge Yvonne Gonzalez Rogers
United States District Judge

| | | |
|---|---|---|
| 1 | DATED: February 19, 2018 | Respectfully submitted: |
| 2 | | WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION |
| 3 | | Lukas J. Clary (Bar No. 251519) |
| 4 | | 400 Capitol Mall, 11th Floor |
| | | Sacramento, California 95814 |
| 5 | | Telephone: (916) 558-6000 |
| 6 | | Facsimile: (916) 446-1611 |
| | | LClary@weintraub.com |
| 7 | | GREENSFELDER, HEMKER & GALE, P.C. |
| 8 | | David M. Simmons (Mo. Bar NO. 53801) (*pro hac vice*) |
| | | Daniel R. Garner (Mo. Bar NO. 60677) (*pro hac vice*) |
| 9 | | 10 South Broadway, Ste. 2000 |
| 10 | | St. Louis, MO 63102 |
| | | Telephone: (314) 241-9090 |
| 11 | | Facsimile: (314) 345-5465 |
| | | ds@greensfelder.com |
| 12 | | drg@greensfelder.com |
| 13 | | By  /s/ Daniel R. Garner |
| | | Attorneys for BP West Coast Products LLC |